UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORINNE CRYSTAL WOODLAND,

     **Plaintiff,**

v.                                                         Case No.: 8:25-CV-1360-AAS

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,[1]

     **Defendant.**

_____/

## ORDER

Plaintiff Corrine Crystal Woodland moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 25). The Commissioner does not oppose the motion. (*Id.* at p. 4).

Ms. Woodland requests $9,987.69 in attorney's fees. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A November 13, 2025 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 22). The Clerk of Court entered judgment in favor of Ms. Woodland. (Doc. 23).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit.

1

The Commissioner does not contest the following: Ms. Woodland is the prevailing party; the Commissioner's position was not substantially justified; and Ms. Woodland attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Woodland is entitled to $9,987.69 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Woodland owes a debt to the United States. Ms. Woodland assigned her rights to EAJA fees to her attorney. (Doc. 25-2). So, if Ms. Woodland has no federal debt, the United States will accept her assignment of EAJA fees and will pay them directly to counsel.

Accordingly, it is **ORDERED** that Ms. Woodland's motion for attorney's fees under the EAJA (Doc. 25) is **GRANTED**. Ms. Woodland is awarded **$9,987.69** in attorney's fees.

**ORDERED** in Tampa, Florida, on January 30, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2